

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDITH ROMAN AND ALEJANDRO HERNANDEZ, | § | No. 08-17-00241-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 205th District Court |
| | § | |
| JOY HALVERSON, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20160DCV1580) |
| | § | |

**O R D E R**

The above-styled and numbered appeal involves an issue related to the requirements of notice for a dismissal hearing. In the order of dismissal, the trial court notes that due notice was given and the cause was called on the date given in the notice, August 23, 2017. Although there is a copy of an "Order Setting Hearing" in Appellee's brief that shows the proper notice, there is no corresponding copy in the clerk's record. The Court, on its own motion, orders the clerk of the trial court to file a supplemental clerk's record containing any notice or order setting a hearing for August 23, 2017 or certify in writing that there is no affidavit in the trial court's file. The supplemental clerk's record should be filed as soon as practicable but no later than ten days from the date of this order.

IT IS SO ORDERED THIS 23RD DAY OF JULY, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.